

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number:  2022 - KW - 0306

State Of Louisiana
    versus
Thomas Haynes

TO:    Lauren  Harrell
       19th JDC District Attorney's C
       222 St. Louis Street
       Baton Rouge, La 70802

Mummi  S. Ibrahim
3157 Gentilly Blvd. Suite 208
New Orleans, LA 70122

Hillar C. Moore III
EBR District Attorney
222 St. Louis Street
5th Floor
Baton Rouge, LA 70802
lori.olinde@ebrda.org

Hon. Tarvald Anthony Smith
300 North Boulevard
Suite 9101
Baton Rouge, LA 70801

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

*U.S.N*
RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2022 KW 0306

VERSUS

THOMAS HAYNES                                              **MAY 20, 2022**

---

In Re:     Thomas Haynes, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 08-02-0772.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **WIL**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT